AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of ) <br> *(Briefly describe the property to be searched* <br> *or identify the person by name and address)* ) <br> ) <br> A dark blue Apple iPhone in a black phone case seized ) <br> from Jermall Anderson on August 9, 2023 ) <br> ) | Case No. 23-mj-5316-JGD |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A hereto, which is incorporated by reference herein.

located in the _____ District of ___Massachusetts___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B hereto, which is incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1581 -- 1595; | Peonage, Slavery and Trafficking in Persons; |
| 18 U.S.C. §§ 2421 -- 2428 | Transportation for Illegal Sexual Activity and Related Crimes |

The application is based on these facts:

See Affidavit of Lina Awad, Special Agent, HSI attached hereto and incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Lina Awad, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___Telephone___ *(specify reliable electronic means)*.

Date: **Aug 24, 2023**

*Judge's signature*

City and state: Boston, Massachusetts      Hon. Judith G. Dein, United States Magistrate Judge
*Printed name and title*